UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISLIUK,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>         Defendants. | Case No. 24-cv-03440-SI<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS COMPLAINT**<br><br>Re: Dkt. Nos. 11, 19 |

On August 23, 2024, plaintiff Daniel Kisliuk filed an amended complaint. Dkt. No. 21. As previously advised by the Court, *see* Dkt. Nos. 18 & 20, defendants' motions to dismiss the original complaint are hereby denied as moot. *See* Dkt. Nos. 11, 19.

**IT IS SO ORDERED**.

Dated: August 23, 2024

SUSAN ILLSTON
United States District Judge