UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISLIUK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>    Defendants. | Case No. 24-cv-03440-SI<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 26 |

Daniel Kisliuk, who is representing himself, has filed a motion for leave to amend his complaint. Dkt. No. 26. The Court previously allowed Kisliuk to amend his complaint, giving him a deadline of August 23, 2024.

Kisliuk met that deadline, filing an amended complaint on August 23, 2024, at Dkt. No. 21. Later that day, Kisliuk then filed three more versions of the complaint on the docket, labeling them as "corrections" of prior filings. Dkt. Nos. 23, 24, 25.

Kisliuk then filed a motion for leave to amend the first amended complaint. Dkt. No. 26. He states that he needs to amend the complaint to include facts regarding court developments following his arrest on November 7, 2023.

The Court will allow Kisliuk to file a Second Amended Complaint. The Second Amended Complaint should include all the relevant facts and other information regarding his claims in this case so that everything is included in one comprehensive document and the Court does not have to refer to different documents to find all of Kisliuk's claims. **Kisliuk must file the Second Amended Complaint no later than September 6, 2024.** If Kisliuk does not file a Second Amended Complaint by that date, then the Amended Complaint at Dkt. No. 25—which is the most recent "corrected" version of Kisliuk's amended complaint—will be considered the "operative" complaint

that governs this case, and the case will move forward based on the claims in Dkt. No. 25.

**IT IS SO ORDERED**.

Dated: August 27, 2024

_____
SUSAN ILLSTON
United States District Judge