UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISLIUK,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>        Defendants. | Case No.  24-cv-03440-SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Civil Local Rule 72-1 and the consent of the parties, this matter is referred

    [ ]        for random reassignment of a United States Magistrate Judge

    [x]        for direct reassignment to United States Magistrate Judge Illman

to conduct all proceedings in this action including trial, entry of final judgment, and all post-trial proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

The motions to dismiss filed at Dkt. Nos. 33 and 34 are deemed WITHDRAWN and shall be re-filed before Judge Illman.  As discussed at the September 20, 2024 case management conference, the motions were timely filed and defendants are instructed to re-file the motions once the case has been reassigned.  If defendants re-file the motions within two weeks of reassignment, then the motions to dismiss will be considered timely.

**IT IS SO ORDERED.**

Dated: September 20, 2024

_____
SUSAN ILLSTON
United States District Judge