UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISLIUK,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03440-RMI<br><br>**ORDER DIRECTING SERVICE**<br><br>Re: Dkt. No. 30 |

　　　Plaintiff has been granted leave to proceed *in forma pauperis* in this matter. (Dkt. 4). Plaintiff has since amended his complaint to include additional defendants who were not served at the outset of the action. Having reviewed Plaintiff's operative complaint (Dkt. 30), the Court hereby directs the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of that complaint, any amendments or attachments, Plaintiff's affidavit, and this order upon the following Defendants:

- Eloise Kelsey, 700 S. Franklin St., Fort Bragg, CA 95437
- Eldin Johnston, 951 Low Gap Rd., Ukiah, CA 95482
- Stephen Bonner, 951 Low Gap Rd., Ukiah, CA 95482
- Clayton Brennan, 700 Franklin St. #144, Fort Bragg, CA 95437

　　　**IT IS SO ORDERED.**

Dated: January 7, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge