1  Your name:_____Daniel Kisliuk_____
2  Address:_____General Delivery, Fort Bragg, CA 95437_____
3  _____
4  Phone Number:_____707 734 0745_____
5  E-mail Address:_____shariafinancial@gmail.com_____
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ¤ Eureka

| | |
|---|---|
| Daniel Kisliuk | Case Number: 24-CV-03440-RMI |
| | **NOTICE AND MOTION FOR LEAVE TO** |
| Plaintiff, | **AMEND *SECOND AMENDED COMPLAINT*** |
| vs. | **AND MEMORANDUM IN SUPPORT** |
| City of Fort Bragg, et al. | DATE: 4/24/2025 |
| | TIME: 2:30PM |
| | COURTROOM: _____ |
| | JUDGE: |
| Defendant. | Hon. ROBERT M. ILLMAN |

## I.   NOTICE OF MOTION

PLEASE TAKE NOTICE that on 4/25/2025 at *2PM* at *3140 Boeing Ave., McKinleyville, CA 95519*, before the Honorable Robert M. Illman, I will, and hereby do, move for an order granting this Motion **to Amend.**

The motion will be based on this Notice and Motion, the Memorandum of Points and Authorities below, the Declaration(s) of *[names of people who wrote declarations]* **Daniel Kisliuk** and the [Proposed] Order.

## II.  ISSUES TO BE DECIDED

1. Whether leave to file an *Amended Complaint* should be granted.

## III. MEMORANDUM

### A.  Changes to Be Made

Omission of claims against dismissed parties, with the exception of Neil Cervenka. Addition of evidence regarding Neil Cervenka's knowledge of prior illegal conduct by subordinate officer Thomas O'Neal, including complaint rejections for the events of November 29th of 2022 & January 5th of 2023.

### B.  There is Good Cause to Amend

Upon reviewing the Order regarding the Defendant's motions to dismiss, I realized there is further evidence that can be supplied which is relevant to the case; specifically my claims against Neil Cervenka. Without supplying this evidence, Neil Cervenka may be dismissed from liability despite the fact he did have prior knowledge of O'Neal's conduct, & I am able to supply this via documentation of prior complaint rejections, as per the requirements cited in the Order.

1 | *[You must sign and date.]*

2 |                                             Respectfully submitted,

4 | Date: 4/25/2025          Sign Name: /s/ Daniel Kisliuk

5 |                                   Print Name: Daniel Kisliuk