

Mendocino County Jail
951 Low Gap Road

Ukiah, CA 95482

8/13/2024 8:47:11 PM CDT

# SUICIDE INTAKE RISK ASSESSMENT - Completed by: Leila Lamun Psych RN on 11/1/2023 8:42:11 PM CDT

| | | | |
|---|---|---|---|
| Patient: KISLIUK, DANIEL JACKSON | #: 95804 (202300003802) | Lang: | **PICTURE NOT AVAILABLE** |
| DOB: 3/16/1995 (Age=29) | Sex: M | Race: WHITE | |
| Housing: B MODULE-08-01 | SSN#: **HIDDEN** | Type: | |
| Status: NOT ACTIVE | | | |

⦿ Suicide Intake Risk Assessment
○ Daily Suicide Watch Progress Note
○ Suicide Watch Discontinuation
○ 24 Hour Post-Release from Suicide Watch Note

## Check One:

⦿ Inmate is being assessed for Suicide Risk Potential
○ Inmate is currently on Suicide Watch
○ Inmate was Released from Suicide Watch on

(S) Statement(s) of Inmate:

At 1634 Inmate placed in safety during intake due to told arresting officer to put a bullet in his head. When I saw inmate he was yelling in safety cell demanding to be released. States he said the wrong thing but he is not suicidal. Admits was angry because the police stole his car when he was looking for his cat. Denies any mental health history, denies takes mental health medications. Refuses to calm down dispite being told he will be in safety cell for 24 hours.

## (O) Current Mental Status (please check all that apply):

### Appearance:

| | | |
|---|---|---|
| ☐ Calm | ☐ Friendly | ☑ Angry |
| ☑ Hostile | ☐ Guarded | ☐ Tense |
| ☐ Worried | | |

Notes:

### Participation:

| | | |
|---|---|---|
| ☐ Attentive | ☐ Cooperative | ☐ Minimal |
| ☐ Passive | ☑ Overactive | ☐ Avoidant |
| ☑ Good Eye Contact | ☐ Poor Eye Contact | ☐ Memory |

Notes:

KISLIUK, DANIEL JACKSON 95804 (202300003802)