```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2              IN AND FOR THE COUNTY OF MENDOCINO

 3              HONORABLE KEITH FAULDER, PRESIDING

 4                          . . .

 5


 6
    PEOPLE OF THE STATE              )
 7  OF CALIFORNIA,                   )
                                     )
 8      PLAINTIFF,                   )
                                     )
 9      VS.                          )
                                     )
10  DANIEL KISLIUK,                  ) CASE NO.
                                     ) 23CR00867
11      DEFENDANT.                   ) 23CR02681
    _____) VOLUME 1
12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            NOVEMBER 9, 2023 - MORNING SESSION

15                          . . .

16  For the People:       DAVID EYSTER
                          District Attorney
17                        100 North State Street
                          Ukiah, California 95482
18                        BY:  ELOISE KELSEY
                          Deputy District Attorney
19

20  For the Defendant:    JEFFREY AARON
                          Public Defender
21                        175 South School Street
                          Ukiah, California 95482
22                        BY:  DANA LIBERATORE
                          Deputy Public Defender
23

24

25

26                    CHRISTINE JONES
                   Official Court Reporter
27                  CSR License No. 12920

28
```

**CERTIFIED TRANSCRIPT**

```
 1                THURSDAY, NOVEMBER 9, 2023
 2                     MORNING SESSION
 3                          . . .
 4           THE COURT:  We're on the record in the People
 5   versus Daniel Kisliuk.  I understand that Ms. Kelsey
 6   from the DA's office is going to appear on this;
 7   however, it looks like there is a new petition for
 8   revocation of probation in 23-00867.
 9           Does Mr. Kisliuk have an attorney here in
10   court today?
11           MR. LIBERATORE:  I will appear on his behalf,
12   Your Honor.  I believe it's assigned to our lawyer on
13   the coast.
14           THE COURT:  I'll provide you with that
15   petition.
16           I'm afraid what I'm going to have to do --
17   this is the second amended petition.  It says that a
18   bond was posted with Mr. Kisliuk appearing on
19   November 13th in case ending 0867, but I understand
20   now there's a new felony complaint from November 1st.
21           Do you have that, 23-02681, Mr. Liberatore?
22           MR. LIBERATORE:  I have it flagged on the
23   calendar, but it is a coastal matter so I think --
24           CORRECTIONS OFFICER:  Your Honor, we can't
25   hear Mr. Liberatore.
26           THE COURT:  Is there a complaint?
27           THE CLERK:  There's a motion to amend the
28   complaint.
```

```
 1              MR. MCMENOMEY:  We do have the coastal deputy
 2   present, Your Honor.  Perhaps she can shed some light.
 3              MS. KELSEY:  Good morning.
 4              THE COURT:  Thank you.  I only have...
 5              MS. KELSEY:  There should be a motion to
 6   amend and an amended adding a 148, Your Honor, to a
 7   prior 69 felony.
 8              THE COURT:  All right.  We didn't have that.
 9              THE CLERK:  It's lodged.
10              THE COURT:  Mr. Liberatore, who's assigned
11   this case in your office?
12              MR. LIBERATORE:  Mr. McGowan.
13              MS. KELSEY:  It would be Mr. McGowan.  I did
14   send him a message this morning.
15              THE COURT:  So Mr. Kisliuk is in custody.
16   Apparently, he has bail bonds in each of these cases
17   and yet he's in custody.
18              MS. KELSEY:  Your Honor, I believe -- and I
19   haven't verified, but I believe that there was a
20   request for revocation of bail submitted by the police
21   department which was signed by Judge Nadel, and the
22   People have filed a motion to revoke bail with a
23   request for a hearing on Monday when Mr. Kisliuk has a
24   pre-preliminary hearing in Ten Mile.
25              THE COURT:  Well, I don't have anything in
26   the Court's file revoking bail or anything filed by
27   the People requesting to revoke bail.  I do have the
28   notice of motion to amend the complaint.
```

1           MS. KELSEY:  I have a copy of the petition.
2    It looks like it was filed yesterday at 4:14 p.m. with
3    the clerk in Fort Bragg, if the Court would like to
4    look at that.
5           THE COURT:  Perhaps Madam Clerk could make a
6    copy for both Mr. Liberatore and the Court.
7           And Mr. Liberatore, I know you're being
8    caught sort of unawares -- so am I -- on the custodial
9    status of Mr. Kisliuk.  He does have a hearing set for
10   November 20th in the Ten Mile court with a
11   confirmation November 13th.  I can only do one of two
12   things, and that's confirm the November 13th date or
13   pass this until the afternoon so we can determine
14   whether or not Mr. Kisliuk is properly in custody.
15          MR. LIBERATORE:  I'm confused about what's
16   going on here.  I don't have a file.  It may be best
17   to pass it to the afternoon so that we can sort out
18   what's going on with his custodial status.
19          CORRECTIONS OFFICER:  Excuse me, Your Honor,
20   we can't hear the court.
21          THE COURT:  What we're going to do at the
22   request of defense counsel since the defense attorney
23   for Mr. Kisliuk isn't here is pass this until 1:30 so,
24   Mr. Liberatore, someone from your office can contact
25   Mr. McGowan and be better prepared to address
26   Mr. Kisliuk's custodial status.  And we will provide
27   you with the petition that was filed at 4:14 yesterday
28   afternoon for revocation of bail, and we'll address

```
 1  that at 1:30.
 2          MR. LIBERATORE:  It's -- so I'm understanding
 3  this correctly, he was out of custody, waived the 10,
 4  maybe waived the 60, had dates set, and then he went
 5  back into custody on potentially a new matter, and
 6  then the People filed something to increase or remove
 7  bail or something like that?
 8          THE COURT:  Well, that's not what I said
 9  because I don't understand it to be that way.  I
10  understand he's out of custody on both of these cases
11  having posted bonds, the People have filed a petition
12  for revocation of bail, and he's in custody.  Why he's
13  in custody, I don't know.
14          MR. LIBERATORE:  Okay.
15          THE COURT:  I didn't order it.  The Court
16  didn't order it.  That's as far as I know right now.
17          Do you have that petition?
18          MR. LIBERATORE:  I have a copy of it.
19          THE COURT:  So it will be at 1:30 today.
20          Can you have Mr. Kisliuk appear by video at
21  that time, Deputy Williams?
22          CORRECTIONS OFFICER:  Yes, Your Honor.
23          THE COURT:  Thank you.
24          (Whereupon, the proceedings concluded.)
25
26
27
28
```

PEOPLE vs DANIEL KISLIUK
Case No. 23CR00867                                                                 6

```
 1  STATE OF CALIFORNIA    )
                           ) ss.
 2  COUNTY OF MENDOCINO    )

 3

 4

 5

 6              CERTIFICATE OF REPORTER

 7

 8          I, CHRISTINE JONES, an Official Court

 9  Reporter of Superior Court of the State of California,

10  County of Mendocino, do hereby certify that I correctly

11  reported the within-entitled matter and that the

12  foregoing is a full, true and correct transcription of

13  my shorthand notes of the testimony and other oral

14  proceedings had in the said matter.

15

16          Dated this 13th day of August, 2024.

17

18

19                  /s/ Christine Jones

20          _____
            CHRISTINE JONES, CSR No. 12920
21
```

### 0

**0867** 2:19

### 1

**10** 5:3  
**13th** 2:19 4:11,12  
**148** 3:6  
**1:30** 4:23 5:1,19  
**1st** 2:20

### 2

**2023** 2:1  
**20th** 4:10  
**23-00867** 2:8  
**23-02681** 2:21

### 4

**4:14** 4:2,27

### 6

**60** 5:4  
**69** 3:7

### 9

**9** 2:1

### A

**adding** 3:6  
**address** 4:25,28  
**afraid** 2:16  
**afternoon** 4:13,17,28  
**amend** 2:27 3:6,28  
**amended** 2:17 3:6  
**Apparently** 3:16  
**appearing** 2:18  
**assigned** 2:12 3:10  
**attorney** 2:9 4:22

### B

**back** 5:5  
**bail** 3:16,20,22,26,27 4:28 5:7,12  
**behalf** 2:11  
**bond** 2:18  
**bonds** 3:16 5:11  
**Bragg** 4:3

### C

**calendar** 2:23  
**case** 2:19 3:11  
**cases** 3:16 5:10  
**caught** 4:8  
**clerk** 2:27 3:9 4:3,5  
**coast** 2:13  
**coastal** 2:23 3:1  
**complaint** 2:20,26,28 3:28  
**concluded** 5:24  
**confirm** 4:12  
**confirmation** 4:11  
**confused** 4:15  
**contact** 4:24  
**copy** 4:1,6 5:18  
**CORRECTIONS** 2:24 4:19 5:22  
**correctly** 5:3  
**counsel** 4:22  
**court** 2:4,10,14,26 3:4,8,10,15,25 4:3,5,6,10,20,21 5:8,15,19,23  
**Court's** 3:26  
**custodial** 4:8,18,26  
**custody** 3:15,17 4:14 5:3,5,10,12,13

### D

**DA's** 2:6  
**Daniel** 2:5  
**date** 4:12  
**dates** 5:4  
**defense** 4:22  
**department** 3:21  
**deputy** 3:1 5:21  
**determine** 4:13

### E

**ending** 2:19  
**Excuse** 4:19

### F

**felony** 2:20 3:7  
**file** 3:26 4:16  
**filed** 3:22,26 4:2,27 5:6,11  
**flagged** 2:22  
**Fort** 4:3

### G

**Good** 3:3

### H

**hear** 2:25 4:20  
**hearing** 3:23,24 4:9  
**Honor** 2:12,24 3:2,6,18 4:19 5:22

### I

**increase** 5:6

### J

**Judge** 3:21

### K

**Kelsey** 2:5 3:3,5,13,18 4:1  
**Kisliuk** 2:5,9,18 3:15,23 4:9,14,23 5:20  
**Kisliuk's** 4:26

### L

**lawyer** 2:12  
**Liberatore** 2:11,21,22,25 3:10,12 4:6,7,15,24 5:2,14,18  
**light** 3:2  
**lodged** 3:9

### M

**Madam** 4:5  
**make** 4:5  
**matter** 2:23 5:5  
**Mcgowan** 3:12,13 4:25  
**MCMENOMEY** 3:1  
**message** 3:14  
**Mile** 3:24 4:10  
**Monday** 3:23  
**morning** 2:2 3:3,14  
**motion** 2:27 3:5,22,28

### N

**Nadel** 3:21  
**notice** 3:28  
**November** 2:1,19,20 4:10,11,12

### O

**office** 2:6 3:11 4:24  
**OFFICER** 2:24 4:19 5:22

PEOPLE vs DANIEL KISLIUK
Case No. 23CR00867

8

**order**  5:15,16

### P

**p.m.**  4:2
**pass**  4:13,17,23
**People**  2:4 3:22,27 5:6, 11
**petition**  2:7,15,17 4:1, 27 5:11,17
**police**  3:20
**posted**  2:18 5:11
**potentially**  5:5
**pre-preliminary**  3:24
**prepared**  4:25
**present**  3:2
**prior**  3:7
**probation**  2:8
**proceedings**  5:24
**properly**  4:14
**provide**  2:14 4:26

### R

**record**  2:4
**remove**  5:6
**request**  3:20,23 4:22
**requesting**  3:27
**revocation**  2:8 3:20 4:28 5:12
**revoke**  3:22,27
**revoking**  3:26

### S

**send**  3:14
**SESSION**  2:2
**set**  4:9 5:4
**shed**  3:2
**signed**  3:21

**sort**  4:8,17
**status**  4:9,18,26
**submitted**  3:20

### T

**Ten**  3:24 4:10
**things**  4:12
**THURSDAY**  2:1
**time**  5:21
**today**  2:10 5:19

### U

**unawares**  4:8
**understand**  2:5,19 5:9, 10
**understanding**  5:2

### V

**verified**  3:19
**versus**  2:5
**video**  5:20

### W

**waived**  5:3,4
**Williams**  5:21

### Y

**yesterday**  4:2,27