1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2               IN AND FOR THE COUNTY OF MENDOCINO

3                         UKIAH BRANCH

4                            - - -

5

6     PEOPLE OF THE STATE OF          )
      CALIFORNIA,                     )
7                                     )
                PLAINTIFF,            )
8                                     )
      VS.                             )
9                                     )
      DANIEL KISLIUK,                 )
10                                    )
                DEFENDANT.            )    CASE NO.
11                                    )    23CR026881

12                              CERTIFIED
                                TRANSCRIPT
13

14                         PROCEEDINGS

15                       NOVEMBER 9, 2023

16          BEFORE HONORABLE KEITH A. FAULDER, JUDGE

17                            - - -

18   APPEARANCES OF COUNSEL

19      FOR THE PLAINTIFF:        OFFICE OF THE DISTRICT
                                  ATTORNEY
20                                700 SOUTH FRANKLIN STREET
                                  FORT BRAGG, CALIFORNIA 95437
21                                BY:  ELOISE KELSEY
                                  DEPUTY DISTRICT ATTORNEY
22
        FOR THE DEFENDANT:        OFFICE OF THE PUBLIC DEFENDER
23                                175 SOUTH SCHOOL STREET
                                  UKIAH, CALIFORNIA  95482
24                                BY:  DANA LIBERATORE
                                  DEPUTY PUBLIC DEFENDER
25

26

                       CAROL J. DEUCHAR, CSR NO. 13877
27                        OFFICIAL COURT REPORTER
                        MENDOCINO COUNTY COURTHOUSE
28         100 NORTH STATE STREET UKIAH, CALIFORNIA 95482

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881                                                          2

```
 1                              INDEX

 2                             SESSIONS

 3

 4
                                                              PAGE
 5
```

```
 6   NOVEMBER 9, 2023

 7   CHANGE OF PLEA                                            1

 8   AFTERNOON SESSION                                         3
```

```
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881                                                          3

1                        NOVEMBER 9, 2023

2                        AFTERNOON SESSION

3                              - - -

4              THE COURT:  We're on the record in the People

5    versus Daniel Kisliuk, who is in custody on two cases,

6    23-00867, and 23-02681.  For the People?

7              MS. KELSEY:  Eloise Kelsey for the People.

8              THE COURT:  For Mr. Kisliuk this afternoon?

9              MR. LIBERATORE:  Dana Liberatore appearing

10   specially on behalf of Frank McGowan on behalf of Mr. Kisliuk.

11             THE COURT:  And he's appearing by video.

12       Ms. Kelsey, it's your position that Mr. Kisliuk should be

13   released from custody today on the bond that he's already

14   posted, and to be ordered to appear in the 10-Mile Court for a

15   VOP hearing conference on November 13th at 9:30, is it?

16             MS. KELSEY:  It's at 9:00 a.m.  And he also has in

17   case -2681 pending an amendment adding the new misdemeanor 148

18   charge.  It's already on for pre-prelim at 9:00 o'clock on the

19   13th, and prelim on the 20th.

20             THE COURT:  Yes.

21             MS. KELSEY:  I would ask that we just confirm the

22   dates for now.  We can adjust the preliminary hearing date on

23   Monday when Mr. McGowan is with his client and we can discuss

24   time status, now that he'll be released from custody.

25             THE COURT:  And any amendments to the compliant as

26   well?

27             MS. KELSEY:  Yes, that's fine.

28             THE COURT:  You were also asking for a condition

Superior Court of the State of California
County of Mendocino                         August 13, 2024 2:47PM

1 of bail.

2 　　　　MS. KELSEY:  Yes, Your Honor.  Based on the nature

3 of this new offense, the People would be requesting an

4 additional bail condition that Mr. Kisliuk be told to stay

5 away from any active police investigation, and not interfere

6 with those investigations.

7 　　He -- he -- I don't want to prohibit him from exercising

8 whatever rights he may have as a citizen to observe police

9 conduct, but the concern here is that he does have a 69 -- a

10 PC69 alleged.

11 　　And in this particular incident, as I understand it, the

12 police were investigating what, essentially, was a CPS, a

13 Child Protective Service investigation.

14 　　And Mr. Kisluk was running at the officers and yelling at

15 them while video taping them, and, essentially, causing them

16 to be in fear for their safety and preventing them from

17 properly detaining the child and getting Social Services

18 present at the scene.

19 　　So they just couldn't ensure the safety and continued

20 investigation.

21 　　So I would just supplement that I am familiar with this

22 particular defendant.  He is a participant in behavioral

23 health court, and has some conditions associated with that.

24 　　And so I think there's a level of unpredictability here

25 that is concerning to the police officers, and we are trying

26 to address those issues in behavioral health court.

27 　　　　THE COURT:  Mr. Liberatore?

28 　　　　MR. LIBERATORE:  No objection at this time.

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881                                                                  5

1              THE COURT:  The way I have to phrase it I believe

2    is that, Mr. Kisliuk, a part of obeying all laws is not

3    resisting, delaying peace officers, or interfering with any

4    active investigations.

5         And if you do interfere with those investigations in a

6    way that prevents them from safely carrying out their duties,

7    they could charge you with a new offense.

8         Obey all laws means do not interfere with law enforcement

9    as well.  Do you understand, Mr. Kisliuk?

10             THE DEFENDANT:  I do understand.

11             THE COURT:  And do you accept your release on bail

12   posted with that additional term?

13             THE DEFENDANT:  I do.

14             THE COURT:  You're ordered to be personally

15   present in the 10 Mile Court on November 13th at 9:00 o'clock

16   for preliminary hearing confirmation and VOP confirmation.

17   Thank you.

18             MR. LIBERATORE:  Thank you, Your Honor.

19             THE COURT:  He will be ordered released today on

20   bonds already posted, I should add.

21                       (Recess)

22

23

24

25

26

27

28

```
 1  STATE OF CALIFORNIA )
                        ) SS.
 2  COUNTY OF MENDOCINO )

 3

 4

 5

 6                      CERTIFICATE OF REPORTER

 7

 8           I, CAROL JEANNETTE DEUCHAR, A CERTIFIED SHORTHAND

 9  REPORTER OF THE STATE OF CALIFORNIA, DO HEREBY CERTIFY THAT

10  THE FOREGOING DATES AND PAGES:

11             NOVEMBER 9, 2023, PAGES 1 TO 6, CONTAIN A TRUE AND

12  CORRECT TRANSCRIPTION OF MY SHORTHAND NOTES TAKEN BY ME IN THE

13  CAUSE ENTITLED, THE PEOPLE OF THE STATE OF CALIFORNIA,

14  PLAINTIFF/RESPONDENT, VERSUS DANIEL KISLIUK,

15  DEFENDANT/APPELLANT, CASE NO. 23CR026881.

16

17

18

19

20       DATED AUGUST 13, 2024.

21

22

23

24

25      _____

26      CAROL JEANNETTE DEUCHAR

27      CERTIFIED SHORTHAND REPORTER, #13877

28
```

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881                                                                                           7

**SESSIONS**

**11/9/2023**

    Change Of Plea                                          1

NOVEMBER 9, 2023
Afternoon Session                                            3

Superior Court of the State of California
County of Mendocino                                      August 13, 2024 2:47PM

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881

8

**-**

**-2681** 3:17

**1**

**10** 5:15
**10-mile** 3:14
**13th** 3:15,19 5:15
**148** 3:17

**2**

**2023** 3:1
**20th** 3:19
**23-00867** 3:6
**23-02681** 3:6

**6**

**69** 4:9

**9**

**9** 3:1
**9:00** 3:16,18 5:15
**9:30** 3:15

**A**

**a.m.** 3:16
**accept** 5:11
**active** 4:5 5:4
**add** 5:20
**adding** 3:17
**additional** 4:4 5:12
**address** 4:26
**adjust** 3:22
**afternoon** 3:2,8
**alleged** 4:10
**amendment** 3:17

**amendments** 3:25
**appearing** 3:9,11

**B**

**bail** 4:1,4 5:11
**Based** 4:2
**behalf** 3:10
**behavioral** 4:22,26
**bond** 3:13
**bonds** 5:20

**C**

**carrying** 5:6
**case** 3:17
**cases** 3:5
**causing** 4:15
**charge** 3:18 5:7
**child** 4:13,17
**citizen** 4:8
**client** 3:23
**compliant** 3:25
**concern** 4:9
**condition** 3:28 4:4
**conditions** 4:23
**conduct** 4:9
**conference** 3:15
**confirm** 3:21
**confirmation** 5:16
**continued** 4:19
**court** 3:4,8,11,14,20,
  25,28 4:23,26,27 5:1,
  11,14,15,19
**CPS** 4:12
**custody** 3:5,13,24

**D**

**Dana** 3:9

**Daniel** 3:5
**date** 3:22
**dates** 3:22
**defendant** 4:22 5:10,
  13
**delaying** 5:3
**detaining** 4:17
**discuss** 3:23
**duties** 5:6

**E**

**Eloise** 3:7
**enforcement** 5:8
**ensure** 4:19
**essentially** 4:12,15
**exercising** 4:7

**F**

**familiar** 4:21
**fear** 4:16
**fine** 3:27
**Frank** 3:10

**H**

**he'll** 3:24
**health** 4:23,26
**hearing** 3:15,22 5:16
**Honor** 4:2 5:18

**I**

**incident** 4:11
**interfere** 4:5 5:5,8
**interfering** 5:3
**investigating** 4:12
**investigation** 4:5,13,
  20
**investigations** 4:6 5:4,

5
**issues** 4:26

**K**

**Kelsey** 3:7,12,16,21,27
  4:2
**Kisliuk** 3:5,8,10,12 4:4
  5:2,9
**Kisluk** 4:14

**L**

**law** 5:8
**laws** 5:2,8
**level** 4:24
**Liberatore** 3:9 4:27,28
  5:18

**M**

**Mcgowan** 3:10,23
**means** 5:8
**Mile** 5:15
**misdemeanor** 3:17
**Monday** 3:23

**N**

**nature** 4:2
**November** 3:1,15 5:15

**O**

**Obey** 5:8
**obeying** 5:2
**objection** 4:28
**observe** 4:8
**offense** 4:3 5:7
**officers** 4:14,25 5:3
**ordered** 3:14 5:14,19

PEOPLE vs DANIEL KISLIUK
Case No. 23CR026881

9

## P

part  5:2

participant  4:22

PC69  4:10

peace  5:3

pending  3:17

People  3:4,6,7 4:3

personally  5:14

phrase  5:1

police  4:5,8,12,25

position  3:12

posted  3:14 5:12,20

pre-prelim  3:18

prelim  3:19

preliminary  3:22 5:16

present  4:18 5:15

preventing  4:16

prevents  5:6

prohibit  4:7

properly  4:17

Protective  4:13

## R

Recess  5:21

record  3:4

release  5:11

released  3:13,24 5:19

requesting  4:3

resisting  5:3

rights  4:8

running  4:14

## S

safely  5:6

safety  4:16,19

scene  4:18

Service  4:13

Services  4:17

SESSION  3:2

Social  4:17

specially  3:10

status  3:24

stay  4:4

supplement  4:21

## T

taping  4:15

term  5:12

time  3:24 4:28

today  3:13 5:19

told  4:4

## U

understand  4:11 5:9, 10

unpredictability  4:24

## V

versus  3:5

video  3:11 4:15

VOP  3:15 5:16

## Y

yelling  4:14