# Adventist Health Ukiah Valley

275 Hospital Drive, Ukiah, CA 95482

(707) 462-3111

**Return to the ER if your symptoms worsen at any time, or if you have difficulty arranging timely follow up. If any problems occur,**

**CALL 911 or the EMERGENCY DEPT. AT 462-3111 (EXT 1337)**

**Name**: KISLIUK, DANIEL **MRN**: 031-616-28  **Acct#**: 50701280187  **DOB**: 03/16/1995

## Visit Information

**Visit Date Date:** 11/11/2023 10:44:00

**Discharge Diagnosis:**

**ED Care Provider:** Providers:
 McIntosh, FNP, David A

Adventist Health uses "GetWell" to stay in touch to ensure you are feeling better after your ER visit. This digital connection makes it easy for you to get information and helps us work together from the comfort of your home. Look for a text or email from us tomorrow. We look forward to connecting with you and helping you heal.

## Patient Education Materials Provided This Visit

**KISLIUK, DANIEL** has been given the following list of patient education materials, prescriptions, and follow-up instructions:

### Follow-up Instructions

| With: | Address: | When: |
|---|---|---|
| NONE NLMD | NO LOCAL PHYSICIAN<br>( ) - 0 Business (1) | Within 1-2 days |

**Comments:**
Please follow-up with your primary care provider.
Return to the emergency department immediately for any new or worsening symptoms.

---

Full Name KISLIUK, DANIEL
FIN 50701280187

11/11/2023 11:48
MRN 031-616-28

1 of 13

No Medications found

Medication list as of 11-11-23 11:48 am

All medications must be taken as prescribed. Contact your physician before stopping medications

Your physician has ordered for you to STOP taking the following medications:

- This list may be different than what you were previously taking.
- Any additional medications not included on this list should be discussed with your primary care physician before taking
- Please keep a copy of this medication list with you at all times in the event of an emergency
- Please update this medication list whenever there are any changes.
- Please give your doctor(s) a copy of your current medication list.
- Do not let anyone else take your medications.
- Read labels on your medications carefully for special instructions.

### Orders and Procedures This Visit

| Order | Type |
|---|---|
|   |   |

### Patient Education Materials/Medication Leaflet

**Viral Gastroenteritis, Adult**

Gastroenterology

# Viral Gastroenteritis, Adult



- Stomach
- Small intestine
- Large intestine

Full Name KISLIUK, DANIEL
FIN 50701280187

11/11/2023 11:48
MRN 031-616-28

3 of 13

Viral gastroenteritis is also known as the stomach flu. This condition may affect your stomach, small intestine, and large intestine. It can cause sudden watery diarrhea, fever, and vomiting. This condition is caused by many different viruses. These viruses can be passed from person to person very easily (are contagious).

Diarrhea and vomiting can make you feel weak and cause you to become dehydrated. You may not be able to keep fluids down. Dehydration can make you tired and thirsty, cause you to have a dry mouth, and decrease how often you urinate. It is important to replace the fluids that you lose from diarrhea and vomiting.

## What are the causes?

Gastroenteritis is caused by many viruses, including rotavirus and norovirus. Norovirus is the most common cause in adults. You can get sick after being exposed to the viruses from other people. You can also get sick by:

- Eating food, drinking water, or touching a surface contaminated with one of these viruses.
- Sharing utensils or other personal items with an infected person.

## What increases the risk?

You are more likely to develop this condition if you:

- Have a weak body defense system (immune system).
- Live with one or more children who are younger than 2 years old.
- Live in a nursing home.
- Travel on cruise ships.

## What are the signs or symptoms?

Symptoms of this condition start suddenly 1–3 days after exposure to a virus. Symptoms may last for a few days or for as long as a week. Common symptoms include watery diarrhea and vomiting. Other symptoms include:

- Fever.
- Headache.
- Fatigue.
- Pain in the abdomen.
- Chills.
- Weakness.
- Nausea.
- Muscle aches.
- Loss of appetite.

## How is this diagnosed?

This condition is diagnosed with a medical history and physical exam. You may also have a stool test to check for viruses or other infections.

## How is this treated?

- Watch your condition for any changes.
- Take a warm bath to relieve any burning or pain from frequent diarrhea episodes.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if you:

- Cannot keep fluids down.
- Have symptoms that get worse.
- Have new symptoms.
- Feel light-headed or dizzy.
- Have muscle cramps.

## Get help right away if you:

- Have chest pain.
- Feel extremely weak or you faint.
- See blood in your vomit.
- Have vomit that looks like coffee grounds.
- Have bloody or black stools or stools that look like tar.
- Have a severe headache, a stiff neck, or both.
- Have a rash.
- Have severe pain, cramping, or bloating in your abdomen.
- Have trouble breathing or you are breathing very quickly.
- Have a fast heartbeat.
- Have skin that feels cold and clammy.
- Feel confused.
- Have pain when you urinate.
- Have signs of dehydration, such as:
  - Dark urine, very little urine, or no urine.
  - Cracked lips.
  - Dry mouth.
  - Sunken eyes.
  - Sleepiness.
  - Weakness.

## Summary

- Viral gastroenteritis is also known as the stomach flu. It can cause sudden watery diarrhea, fever, and vomiting.
- This condition can be passed from person to person very easily (is contagious).
- Take an ORS if told by your health care provider. This is a drink that is sold at pharmacies and retail stores.
- Wash your hands often, especially after having diarrhea or vomiting. If soap and water are not available, use hand sanitizer.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.