UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANIEL KISLIUK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>　　　　　　Defendants. | Case No. 24-cv-03440-RMI<br><br>**ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Re: Dkt. No. 67 |

Plaintiff Daniel Kisliuk has brought a motion (dkt. 67) to file a third amended complaint. Plaintiff proposes to delete claims which the court has dismissed. Plaintiff further proposes to add evidence in support of his individual-capacity claim against Defendant Neil Cervenka for supervisory liability. As the court's previous order (dkt. 63) granted Plaintiff permission to amend his second amended complaint, Plaintiff's motion will be GRANTED. The Clerk of Court is directed to file docket entry 67-1 as Plaintiff's third amended complaint and docket entries 67-2 through 67-10 as attachments thereto.

**IT IS SO ORDERED.**

Dated: May 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge