

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3140 Boeing Avenue

McKinleyville, CA 95519

*cand.uscourts.gov*

July 22, 2025

**RE:  Kisliuk v. City of Fort Bragg, et al., Case No. 1:24-cv-03440-RMI**

Default is *declined* as to Defendants  City of Fort Bragg, Neil Cervenka, Thomas O'Neal, Tyler Baker, Padriac Ferris, Jonathan McLaughlin on July 22, 2025 (defendants have responded to the complaint).

Mark B. Busby, Clerk of Court

by:  Thelma Nudo
Case Systems Administrator

*REV. 7-19*