UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANIEL KISLIUK,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>      Defendants. | Case No.  24-cv-03440-RMI<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

     This case was settled on November 20, 2025. (Min Entry, Dkt 93.) On December 31, 2025, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice, Dkt 94.) However, such a Notice is not proper after the filing of an answer.

     Accordingly, the court conditionally DISMISSES plaintiffs' claims without prejudice. If there is no objection filed with the court within 30 days of the date of this order, the court will enter a final judgment with prejudice.

     **IT IS SO ORDERED.**

Dated: February 27, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California